Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMAR JACKSON,<br><br>          Plaintiff,<br><br>     v.<br><br>HOME EXPRESS DELIVERY SERVICE, LLC,<br><br>          Defendant. | Case No.: 3:25-cv-00193-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff Jamar Jackson ("Plaintiff") and Defendant Home Express Delivery Service, LLC ("Defendant") hereby stipulate and agree to a two-week extension of time, up to and including June 10, 2025, for Plaintiff to file his response to Defendant's Motion to Dismiss (ECF. No. 7). The present deadline for Plaintiff to file his response is May 27, 2025.

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST) - 1

This extension is requested while the parties explore and discuss settlement options. This request is not for the purpose of delay. Therefore, the parties respectfully request a two-week extension of time, up to and including June 10, 2025, for Plaintiff to file his response to Defendant's Motion to Dismiss.

DATED this 27th day of May, 2025.
MARK MAUSERT LAW OFFICE

By: */s/ Sean McDowell*
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

DATED this 27th day of May, 2025.
KAMER ZUCKER ABBOTT

By: */s/ Dare E. Heisterman*
R. TODD CREER
DARE E. HEISTERMAN
SHANNON L. CHAO
6325 South Jones Blvd., Suite 300
Las Vegas, Nevada 89118

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 28, 2025

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST) - 2