Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMAR JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME EXPRESS DELIVERY SERVICE, LLC,<br><br>    Defendant. | Case No.: 3:25-cv-00193-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER TO STAY (FIRST REQUEST)** |

  Plaintiff Jamar Jackson ("Plaintiff") and Defendant Home Express Delivery Service, LLC ("Defendant") hereby stipulate and agree to stay pending the outcome of the upcoming Early Neutral Evaluation (currently scheduled for August 7, 2025). This case is subject to an arbitration agreement, see Defendant's pending Motion to Dismiss [ECF No. 7]. The parties have agreed to attend the Early Neutral Evaluation to assess the prospects of settlement. In the event a settlement cannot be reached at the Early Neutral Evaluation, the parties have agreed to stay this case in Federal Court, and begin the arbitration process through JAMS, per the arbitration agreement.

//

STIPULATION AND ORDER TO STAY (FIRST REQUEST) - 1

Therefore, to avoid wasting the Court's time, and not for the purpose of delay, the parties respectfully request this case be stayed pending the outcome of the Early Neutral Evaluation.

DATED this 10th day of June, 2025.  
MARK MAUSERT LAW OFFICE

By: /s/ Sean McDowell  
MARK MAUSERT  
SEAN McDOWELL  
729 Evans Avenue  
Reno, Nevada 89512

*Attorneys for Plaintiff*

DATED this 10th day of June, 2025.  
KAMER ZUCKER ABBOTT

By: /s/ Dare Heisterman  
R. TODD CREER  
DARE E. HEISTERMAN  
SHANNON L. CHAO  
6325 South Jones Blvd., Suite 300  
Las Vegas, Nevada 89118

*Attorneys for Defendant*

IT IS SO ORDERED.

_____  
UNITED STATES DISTRICT JUDGE

DATED: June 10, 2025

STIPULATION AND ORDER TO STAY (FIRST REQUEST) - 2