KAMER ZUCKER ABBOTT
R. Todd Creer #10016
Dare E. Heisterman #14060
Shannon L. Chao #16821
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
dheisterman@kzalaw.com
schao@kzalaw.com

Attorneys for Defendant
Home Express Delivery Service, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JAMAR JACKSON,

Plaintiff,

vs.

HOME EXPRESS DELIVERY SERVICE, LLC d/b/a TEMCO LOGISTICS,

Defendant.

Case No. 3:25-cv-00193-MMD-CLB

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

Dated this 25 day of August, 2025.

LAW OFFICE OF MARK MAUSERT

By: /s/Sean McDowell
Mark Mausert #2398
Sean McDowell #15962
729 Evans Avenue
Reno, Nevada 89512

Attorneys for Plaintiff

Dated this 25 day of August, 2025.

KAMER ZUCKER ABBOTT

By: /s/Dare E. Heisterman
R. Todd Creer #10016
Dare E. Heisterman #14060
Shannon L. Chao #16821
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Date: August 26, 2025

UNITED STATES DISTRICT JUDGE